**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 06-22058-CIV-UNGARO-BENAGES

JOSE FRIAS,
     Plaintiff,

v.

CITY OF MIAMI BEACH, a
municipal corporation,
     Defendant.

_____/

## ORDER REQUIRING RESPONSE

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss Count II, filed

August 25, 2006.  (D.E. 6.)

THE COURT has considered the motion, the pertinent portions of the record and is otherwise

fully advised in the premises.  On August 25, 2006, Defendant filed its motion to dismiss.  On

September 21, 2006, this Court entered an Order Granting Plaintiff's Motion for Enlargement of

Time to Respond to Defendant's Motion to Dismiss.  (D.E. 7.)  Pursuant to this Court's September

21, 2006 Order, Plaintiff's response to Defendant's motion to dismiss was due no later than October

18, 2006.  Plaintiff has failed to file a timely response.  Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff shall file a response to Defendant's Motion to

Dismiss no later than **12:00 p.m. on Monday, October 23, 2006**.  Plaintiffs are cautioned that if

they fail to adequately defend the pending motion to dismiss by 12:00 p.m. on September 18, 2006,

the Court will dismiss the case without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of October, 2006.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided by fax:
Counsel of record